UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JET GLOBAL, INC.,
a Florida Corporation,

        Plaintiff/Counterclaim Defendant,

and                                              CASE NO. 3:04-cv-719-J-25MMH

JET EVOLUTION, INC.,

        Counterclaim Defendant

v.

ANTHONY RYAN,

        Defendant/Counterclaim Plaintiff.
_____/

## O R D E R

Before the Court are Jet Evolution's Motion to Disqualify Rogers Towers Law Firm (Dkt. 89), Ryan's Response (Dkt. 91), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 97). No party has objected to the Report and Recommendation. Additionally, before the Court is Jet Global's request to amend the September 8, 2005 Order.

During the Pretrial Conference, Jet Global requested that this Court amend its September 8, 2005 Order to say that Justin Jenkins and John Jenkins were dismissed from the action *with prejudice*. Jet Global argued that the parties had reached an agreement whereby in exchange for the addition of Jet Evolution as a party, Justin and John Jenkins would be dismissed with prejudice. However, upon review of the relevant documents, the Court fails to find an explicit agreement between the parties with those terms. Therefore, the Order will not be amended.

The Magistrate Judge recommended Rogers Towers, P.A. not be disqualified from this

action. Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, it is **ORDERED**:

That the report and recommendation (Dkt. 97) is adopted and Jet Evolution's Motion to Disqualify Rogers Towers (Dkt. 89) is **DENIED**.

**DONE AND ORDERED** in Chambers this 19 day of January, 2006.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record